UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

| | | |
|---|---|---|
| DAVE BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 22-099-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| KENTUCKY COUNTY | ) | **ORDER** |
| FISCAL COURT, ET AL., | ) | |
| | ) | |
| Defendants | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Dave Burke is an inmate at the Kenton County Detention Center in Covington, Kentucky. Proceeding without a lawyer, Burke recently filed a civil complaint in state court in Kenton County. However, some of the defendants named in Burke's lawsuit recently removed his case to this Court, invoking federal question jurisdiction. *See* R. 1. The defendants then filed a motion to dismiss Burke's complaint. *See* R. 2.

Burke has now responded to the defendants by filing an amended complaint, R. 4, and a response expressly objecting to the removal of his case to federal court, R. 6. In that latter submission, Burke states that "this Court lacks jurisdiction to hear this case" because he "is the master of his own complaint" and is specifically disavowing any claims arising under federal law. *Id.* at 1-2. Indeed, Burke states plainly that he is only asserting claims for a "violation of state law" and "the Kentucky Constitution." *Id.* at 2. Burke adds that "at no time has [he] referred to any United States statutes or laws," and he asks this Court to remand his case back to state court so that he can pursue only state law claims. *Id.*

Having reviewed the parties' submissions, the Court will broadly construe Burke's filings as request to (a) voluntary dismiss any federal claims and (b) remand this matter to state court.

-1-

The court will then grant those requests.  That is because federal courts have long recognized that the plaintiff is indeed the master of his complaint and "may, by eschewing claims based on federal law, choose to have the cause heard in state court."  *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 398-99 (1987).  Here, Burke repeatedly makes it clear that he is, in fact, eschewing any federal claims and instead only interested in proceeding in state court on state law claims.  *See* R. 6.  In light of these representations, the Court will dismiss any federal claims without prejudice and remand this matter so that Burke may litigate state law claims in state court.

Accordingly, it is **ORDERED** as follows:

1. The Court **CONSTRUES** Burke's filings as requests to (a) voluntary dismiss any federal claims and (b) remand this matter to state court, and the Court **GRANTS** those requests.

2. Any and all federal claims asserted in this case are **DISMISSED** without prejudice.

3. The Court declines to exercise supplemental jurisdiction over any state law claims. Instead, the Clerk's Office is directed to **REMAND** this matter back to the Kenton Circuit Court so that Burke may litigate state law claims there.

4. All other pending motions in this case are **DENIED** as moot, to be re-raised in Kenton Circuit Court, if appropriate.

5. This action is **STRICKEN** from the Court's docket.

This 29th day of August, 2022.



Signed By:
**William O. Bertelsman**
**United States District Judge**